AO 442 (Rev 3-77) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__WESTERN__   District of   __KENTUCKY AT LOUISVILLE__

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

JESUS FERRER
9820 VIEUX CARRETT # 5
LOUISVILLE, KY 40223

Case   3:00CR-49-04-H

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   __JESUS FERRER__
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

21:846 Conspiracy to Possess with Intent to Distribute Cocaine
21:846 Conspiracy to Possess with Intent to Distribute Cocaine Aiding & Abetting
21:841 Possession with Intent to Distribute Cocaine

in violation of Title __21__ United States Code, Section(s) __846 & 841__

__C. CLEVELAND GAMBILL__                    __MAGISTRATE JUDGE__
Name of Issuing Officer                      Title of Issuing Officer
ENTERED BY ORDER OF COURT
_/s/_                                        __SEPTEMBER 20, 2001, LOUISVILLE, KY__
Signature of Issuing Officer                 Date and Location

Bail fixed at $ _____   by _____
                                     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JEFFREY A. APPERSON CLERK
SEP 19 2001
U.S. DISTRICT COURT
WESTN. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

SUPERSEDING INDICTMENT

NO. 3:00CR-48-H
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

RODRIGO MACIAS
JESUS FERRER

The Grand Jury charges:

### COUNT 1

On or about and between December 28, 1999, and March 20, 2000, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, RODRIGO MACIAS and JESUS FERRER, did knowingly conspire with each other and with other persons, known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute 500 grams or more of cocaine, a Schedule II controlled substance as defined by Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

The Grand Jury further charges:

### COUNT 2

On or about and between December 28, 1999, and March 20, 2000, in the Western District of Kentucky, Jefferson County, Kentucky,

134

the defendants, RODRIGO MACIAS and JESUS FERRER each aided and abetted by the other and others unknown to the Grand Jury, did attempt to knowingly and intentionally possess with intent to distribute 500 grams or more of cocaine, a Schedule II controlled substance as defined by Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 3

On or about March 20, 2000, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JESUS FERRER**, did knowingly attempt to possess with intent to distribute cocaine, a Schedule II controlled substance as defined by Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL.

_____
FOREPERSON

_____ AUSA
MONICA WHEATLEY
UNITED STATES ATTORNEY

MW:MLM:bak
01/09/13

UNITED STATES OF AMERICA v. RODRIGO MACIAS & JESUS FERRER

## PENALTIES

Count 1: NL 5 yrs./NM 40 yrs./$2,000,000/both/At least 4 yrs. supervised release.
Count 2: NL 5 yrs./NM 40 yrs./$2,000,000/both/At least 4 yrs. supervised release.
Count 3: NL 5 yrs./NM 40 yrs./$2,000,000/both/At least 4 yrs. supervised release.

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

### SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows.

| Misdemeanor: | $25 per count/individual | Felony: | $100 per count/individual |
|---|---|---|---|
|  | $125 per count/other |  | $400 per count/other |

### FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due **immediately** unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1.  **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    **For offenses occurring after December 12, 1987:**

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2.  Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.  Continuous **GARNISHMENT** may apply until your fine is paid.

    18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

### RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

### APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

### PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/781-1110 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-0221 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/443-1337 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

No. 3:00CR-49-H

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville Division

THE UNITED STATES OF AMERICA

v.

RODRIGO MACIAS

JESUS FERRER

## SUPERSEDING INDICTMENT

Title 21, U.S.C., §§ 846 & 841(a)(1)
Title 18, U.S.C., § 2
Conspiracy to Possess With Intent to Distribute Cocaine; Aiding & Abetting; Possession With Intent to Distribute Cocaine

A true bill

_____ Foreman

Filed in open court this 19th day of September A.D. 2001.

**FILED**
JEFFREY A. APPERSON, CLERK

SEP 1 0 2001 Clerk

U.S. DISTRICT COURT
WESTRN DIST KENTUCKY

Bail: $